UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                 :

FAIR HOUSING JUSTICE CENTER,    :
INC.,                                   :
                                   :

                         Plaintiff,   :                23-CV-10965 (VSB)
                                   :

                -against-          :                  **ORDER**
                                   :

CHESS BUILDERS LLC, *et al.*,    :
                                   :

                    Defendants.  :
                                   :
--------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On February 26, 2024, Defendant Fischer+Makooi Architects PLLC ("FMA") served its

crossclaims on Defendants Chess Builders LLC ("Chess Builders") and Deegan 135 Realty LLC

("Deegan").  (Doc. 19.)  On March 22, 2024, Defendants 2337 Bedford LLC, Otts Ocean LLC,

Chess Builders, and Deegan served their crossclaims on Defendants S. Wieder Architect P.C.

and FMA.  (Doc. 28.)  Pursuant to Rule 12(a)(1)(B) of the Federal Rules of Civil Procedure, the

parties had 21 days after being served to answer or otherwise respond to the crossclaims asserted

against them.  To date, no party has filed such an answer or response.  Accordingly, it is hereby

ordered that responses to the crossclaims are due by April 26, 2024.

SO ORDERED.

Dated:  April 17, 2024
       New York, New York

                                      Vernon S. Broderick
                                      United States District Judge