# MMP&S

## MILBER MAKRIS PLOUSADIS & SEIDEN, LLP

ATTORNEYS AT LAW

100 MANHATTANVILLE ROAD     SUITE 4E20     PURCHASE, NY 10577
TELEPHONE: 914.681.8700     FAX: 914.681.8709
HTTP://WWW.MILBERMAKRIS.COM

January 28, 2025

<u>**Via ECF**</u>

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     *Fair Housing Justice Center, Inc., v. Chess Builders LLC, et al.*
Case No.: 23-cv-10965 (VSB)

Dear Judge Broderick:

We represent defendant Fischer + Makooi Architects PLLC and write jointly with plaintiff Fair Housing Justice Center, Inc. and defendants Chess Builders LLC, 2337 Bedford LLC, Otts Ocean LL, Deegan 135 Realty LLC and S. Wider Architect to provide the Court with an update pursuant to the Amended Case Management Plan and Scheduling Order dated September 6, 2024 (ECF Doc. 38).

This action involves allegations that the defendants designed and constructed three buildings – 2337 Bedford Avenue, Brooklyn, New York; 1326 Ocean Avenue, Brooklyn, New York; and 224-228 East 135th Street, Bronx, New York – with inaccessible features in violation of the Fair Housing Act, the Americans with Disabilities Act and the New York State and City Human Rights Laws.

The parties' attorneys and their experts completed inspections of the three buildings on November 15, 2024.  On December 13, 2024, plaintiff's counsel exchanged its experts' findings for settlement purposes.  Due to holiday travel and engagement on other matters, the defendants' experts request an extension of time from January 10, 2025, to February 14, 2025, to exchange their responsive findings for settlement purposes.  Plaintiff has consented to the requests.

Following the exchange of the defendants' experts' materials, the parties anticipate negotiations to narrow the issues in dispute.  Accordingly, the parties jointly request that the next status letter be due on **March 14, 2025**, four weeks after the defendants' expert exchange, and that the telephonic conference with the Court be adjourned from February 7, 2025, to a date after March 14th that is convenient for the Court.  This is the parties' first request for an adjournment of the status conference.

WOODBURY, NEW YORK     ▪     PURCHASE, NEW YORK

NEW JERSEY     ▪     CONNECTICUT     ▪     FLORIDA     ▪     PENNSYLVANIA

Hon. Vernon S. Broderick
23-cv-10965 (VSB)
January 28, 2025
Page 2

The parties thank the Court for its consideration of their request.

Respectfully submitted,

Jeffrey J. Fox

cc:    All counsel of record (via ECF)

The telephonic status conference currently scheduled for February 7, 2025 at 2:00 pm is hereby adjourned to March 24, 2025 at 2:00 PM. The dial-in number is 1-855-244-8681 and the access code is 2309 3085 835. There is no attendee ID.

No later than March 14, 2025, the parties should submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion, what efforts the parties have made to settle the action, whether any discovery disputes remain outstanding, and whether the parties request referral to a Magistrate Judge for settlement purposes.

Dated: January 29, 2025

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.