UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
FAIR HOUSING JUSTICE CENTER,                  :
INC.,                                         :
                                              :
                              Plaintiff,   :   23-CV-10965 (VSB)
                                              :
           -against-                    :   **ORDER**
                                              :
CHESS BUILDERS LLC, *et al.*,                 :
                                              :
                         Defendants.  :
                                              :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On March 24, 2025, I held a telephonic conference in the above-captioned case. In accordance with my remarks at the conference, the parties are directed to file a joint status update, including, if appropriate, an amended case management plan, on April 23, 2025 and every thirty days thereafter.

SO ORDERED.

Dated: March 24, 2025
       New York, New York

                                                                                     _____
                                                                                     Vernon S. Broderick
                                                                                    United States District Judge