UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAIR HOUSING JUSTICE CENTER, INC.,

Plaintiff,

-against-

CHESS BUILDERS LLC, *et al.*,

Defendants.

23-CV-10965 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

I am in receipt of the motion to dismiss from Defendants Chess Builders LLC, 2337 Bedford LLC, OTTS Ocean LLC, Deegan 135 Realty LLC, and Toe Front Realty LLC (collectively, the "Moving Defendants"). (Doc. 97.) I am also in receipt of Defendant Durukan Design, Inc., Defendant S. Wieder Architect P.C., and Defendant Fischer + Makooi Architects PLLC's (collectively, the "Joining Defendants") motions for joinder whereby they join, adopt, and incorporate by reference all arguments and grounds for relief set forth by the Moving Defendants. (Docs. 99–101.) "When reviewing whether to allow a party to join in a motion, the court will allow the joinder when the parties are so similarly situated that filing an independent motion would be redundant." *Prado v. City of Berkley*, No. 23-CV-04537, 2026 WL 2548619, at *5 (N.D. Cal. Aug. 28, 2026) (internal quotation marks omitted and alterations adopted); *see also Fischer v. City of New York*, No. 08-CV-1009, 2008 WL 11291441, at *2 (E.D.N.Y. Dec. 23, 2008) (granting individual defendants' motion "to join the Motion to Dismiss"). Because the Moving Defendants contend that Plaintiff does not have Article III standing and that its claims are barred by the applicable statute of limitations, and the Joining Defendants are similarly situated as to these arguments, I GRANT the Joining Defendants' applications to join Moving Defendants' motion to dismiss.

In light of the fact that the Joining Defendants have joined the motion to dismiss, Plaintiff is granted leave to address these Defendants in its opposition motion or file supplemental briefing opposing the Joining Defendants' dismissal motion as required. The Clerk of Court is respectfully directed to terminate the motions at Documents 99 and 100.

SO ORDERED.

Dated: October 6, 2026
New York, New York

Vernon Broderick

Vernon S. Broderick
United States District Judge