UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAIR HOUSING JUSTICE CENTER, INC.,

Plaintiff,

-against-

CHESS BUILDERS LLC, *et al.*,

Defendants.

23-CV-10965 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

I am in receipt of a reply memorandum of law filed by Defendants Chess Builders LLC, 2337 Bedford LLC, OTTS Ocean LLC, Deegan 135 Realty LLC, and Toe Front Realty LLC (collectively, the "Moving Defendants") in support of their pending motion to dismiss the second amended complaint. (Doc. 109.) I am also in receipt of Defendant Durukan Design, Inc., Defendant Fischer + Makooi Architects PLLC, and Defendant S. Wieder Architect P.C.'s (collectively, the "Joining Defendants") motions for joinder whereby they join, adopt, and incorporate by reference all arguments and grounds for relief set forth by the Moving Defendants. (Docs. 111–13.) "When reviewing whether to allow a party to join in a motion, the court will allow the joinder when the parties are so similarly situated that filing an independent motion would be redundant." *Prado v. City of Berkley*, No. 23-CV-04537, 2026 WL 2548619, at *5 (N.D. Cal. Aug. 28, 2026) (internal quotation marks omitted and alterations adopted); *see also Fischer v. City of New York*, No. 08-CV-1009, 2008 WL 11291441, at *2 (E.D.N.Y. Dec. 23, 2008) (granting individual defendants' motion "to join the Motion to Dismiss"). Because the Moving Defendants contend that Plaintiff does not have Article III standing and that its claims are barred by the applicable statute of limitations, and the Joining Defendants are similarly situated as to these arguments, I GRANT the Joining Defendants' applications to join Moving Defendants' reply in support of their motion to dismiss.

The Clerk of Court is respectfully directed to terminate the motions at Documents 111 through 113.

SO ORDERED.

Dated: November 25, 2026
New York, New York

Vernon S. Broderick
United States District Judge